**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DANIEL DAUGHERTY, Individually and on behalf of all others similarly situated,

- v. -

WISE GROUP PLC, KRISTO KÄÄRMANN, and EMMANUEL THOMASSIN,

Case No. 1:26-cv-06582-AT

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants Wise Group PLC, Kristo Käärmann, and Emmanuel Thomassin.

Dated: October 6, 2026
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *__/s/ Janus Schutte__*
Janus Schutte
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
jschutte@paulweiss.com

*Attorney for Defendants*